# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date: 6/20/2017   Case No. 4:16CR153 CDP

UNITED STATES OF AMERICA vs. Stuart B. Millner

Judge: Honorable Catherine D. Perry   Court Reporter: G. Madden

Deputy Clerk: C. Long   Interpreter: 

Assistant United States Attorney(s): Richard Finneran

Attorney(s) for Defendant: James Martin

Probation Officer: B. Wendling

- [✓] Defendant/Parties present for imposition of sentence.
- [✓] No objections to presentence report filed by either party.
- [ ] Objections to presentence report filed by [ ] Defendant [ ] USA
- [ ] Objections to presentence report heard and [ ] Granted/sustained [ ] Denied as follows:

- [✓] Presentence Report adopted/accepted by Court as findings of fact and filed under seal.
- [ ] Government's Motion is [ ] granted [ ] denied

- [✓] Letters received regarding defendant reviewed by the Court.
- [✓] Letters to be made part of the record and filed Under Seal.
- [✓] Sentence imposed (see judgment)

MOTION [92] to Withdraw Petition of Briggs & Stratton Corporation is Granted on the record.

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [✓] Ordered that Count(s) one, five, six, seven, eight & ten are dismissed on motion of AUSA
- [ ] Defendant remanded to custody of the USMS
- [✓] Defendant granted a voluntary surrender to the institution/USMS for incarceration as:
- [✓] Notified by USMS.   [ ] Surrender date ordered: 
- [ ] Defendant is released on Probation/Supervised Release pending processing by USMS.
- [ ] Witness testimony (see witness list) [ ] Exhibits returned to/retained by counsel (see exhibit list)
- [✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney

Proceedings commenced 2:05 p.m.   Concluded 3:20 p.m.